# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

157132

TIFFANY MURPHY, Personal Representative
of the Estate of ANGELA MURPHY,
            Plaintiff-Appellee,

v

CITY OF DETROIT,
            Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157132
COA: 339834
Wayne CC: 17-004866-NI

On order of the Court, the application for leave to appeal the January 24, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk

a0920